# United States Court of Appeals
## For the First Circuit

No. 20-2061

UNITED STATES OF AMERICA,

Plaintiff, Appellee,

v.

LETTER FROM ALEXANDER HAMILTON TO THE MARQUIS DE LAFAYETTE DATED
JULY 21, 1780,

Defendant in Rem,

ALDRICH L. BOSS, as personal representative for the estate of
STEWART R. CRANE,

Claimant, Appellant,

COMMONWEALTH OF MASSACHUSETTS, Acting by and through The
Massachusetts Archives,

Claimant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on October 6, 2021 is corrected as follows:

On page 3, line 10, replace "Investigations" with "Investigation".

On page 6, lines 2, 3, 5, and 8, replace "letter" with "Letter".

On page 12, footnote 4, replace "letter" with "Letter".

On page 19, line 9, add quotation marks around "shall".

On page 22, line 7, replace "Oneida Indian" with "Oneida Indian Nation".